Robert Tauler (SBN 241964)
rtauler@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff
Jane Heiting*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE HEITING, individually and on behalf of all others similarly situated, <br><br>Plaintiff, <br><br>v. <br><br>INSURITY LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive <br><br>Defendant. | Case No.: 2:25-cv-09990-WLH-PD <br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Jane Heiting, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action with prejudice as to her individual claims, and without prejudice as to the class claims. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

In addition, there has been no motion for class certification filed in this action, thus no class has been certified, and it is not necessary to provide notice to the absent putative class members. See Judge Virginia A. Phillips, et al., Federal Civil Procedure Before Trial, Calif. & 9th Cir. Editions § 10:790 (The Rutter Group 2021) ("There is no requirement of judicial approval for precertification dispositions. The reason is that absent class members generally have no notice of uncertified class actions and therefore cannot be bound or deemed to have relied thereon.") (citing Adv. Comm. Notes to 2003 Amendments to Fed. R. Civ. P. 23).

DATED: November 20, 2025                **TAULER SMITH LLP**

By: */s/ Robert Tauler*
Robert Tauler, Esq.
Attorneys for Plaintiff
Jane Heiting